## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHARLES PALMER CANNON, JR.                                              PLAINTIFF

v.                          NO. 3:11CV00204 JLH-BD

MISSISSIPPI COUNTY DETENTION CENTER;
and LORIE WALLS                                                        DEFENDANTS

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Cannon's claims against Lorie Walls are DISMISSED, without prejudice. His claims against the Detention Center are DISMISSED, with prejudice. The Court certifies that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 14th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE