**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHARLES PALMER CANNON, JR.                                                          PLAINTIFF

v.                                               NO. 3:11CV00204 JLH-BD

MISSISSIPPI COUNTY DETENTION CENTER;
and LORIE WALLS                                                                      DEFENDANTS

**JUDGMENT**

     Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED.

     IT IS SO ORDERED this 14th day of November, 2011.


_____
UNITED STATES DISTRICT JUDGE